UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OPPENHEIMER EQUITY FUND, INC.
et al.,

       Plaintiffs,

-v-                                        No. 12cv523-LTS-DCF

AMERICAN INTERNATIONAL GROUP, INC.
et al.,

       Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-2015

## ORDER

The Clerk of the Court is ordered to remove docket entries 61, 62, and 67, which are orders inapplicable to this case, from the docket in this action.

SO ORDERED.

Dated: New York, New York
       July 27, 2015

                                                         LAURA TAYLOR SWAIN
                                                        United States District Judge