UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPPENHEIMER EQUITY FUND, INC.; OPPENHEIMER VARIABLE ACCOUNT FUNDS; PANORAMA SERIES FUNDS, INC.; OPPENHEIMER MAIN STREET FUND, INC.; OPPENHEIMER MAIN STREET SELECT FUND f/k/a Oppenheimer Main Street Opportunity Fund; OPPENHEIMER RISING DIVIDENDS FUND f/k/a Oppenheimer Quest Value Fund, Inc.; OPPENHEIMER GLOBAL ALLOCATION FUND f/k/a Oppenheimer Quest Balanced Fund; OPPENHEIMER CAPITAL APPRECIATION FUND; OPPENHEIMER GLOBAL FUND; OPPENHEIMER GLOBAL VALUE FUND; OPPENHEIMER EQUITY INCOME FUND, INC. f/k/a Oppenheimer Quest Capital Value Fund, Inc.; and OFITC GLOBAL FUND, <br><br>                     Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, ALAN FROST, DAVID L. HERZOG, ROBERT LEWIS STEPHEN F. BOLLENBACH, MARSHALL A. COHEN, MARTIN S. FELDSTEIN, ELLEN V. FUTTER, STEPHEN L. HAMMERMAN, RICHARD C. HOLBROOKE, FRED H. LANGHAMMER, GEORGE L. MILES, JR., MORRIS W. OFFIT, JAMES F. ORR III, VIRGINIA M. ROMETTY, MICHAEL H. SUTTON, EDMUND S.W. TSE, ROBERT B. WILLUMSTAD, and FRANK G. ZARB, <br><br>                     Defendants. | No. 12-CV-523 (LTS) (DCF) |

3814874v1/012915

2

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Oppenheimer Equity Fund, Inc.; Oppenheimer Variable Account Funds; Panorama Series Funds, Inc.; Oppenheimer Main Street Fund, Inc.; Oppenheimer Main Street Select Fund f/k/a Oppenheimer Main Street Opportunity Fund; Oppenheimer Rising Dividends Fund f/k/a Oppenheimer Quest Value Fund, Inc. (successor by merger to Oppenheimer Dividend Growth Fund); Oppenheimer Global Allocation Fund f/k/a Oppenheimer Quest Balanced Fund; Oppenheimer Capital Appreciation Fund (successor by merger to Oppenheimer Growth Fund and Oppenheimer Enterprise Fund); Oppenheimer Global Fund; Oppenheimer Global Value Fund; Oppenheimer Equity Income Fund, Inc. f/k/a Oppenheimer Quest Capital Value Fund, Inc.; and OFITC Global Fund, by and through their undersigned counsel, hereby voluntarily dismiss all claims against all defendants in the above-captioned action with prejudice.

Dated:  August 17, 2015          Respectfully submitted:

        **SUSMAN GODFREY L.L.P.**

By: /s/ Harry P. Susman
    Harry P. Susman
    1000 Louisiana, Suite 5100
    Houston, Texas 77002
    Tel: (713) 651-9366
    Fax: (713) 654-6666
    hsusman@susmangodfrey.com

    -and-

    Mark H. Hatch-Miller
    Stephen D. Susman
    560 Lexington Avenue, 15th Floor
    New York, New York 10022
    Tel: (212) 336-8330
    Fax: (212) 336-8340
    ssusman@susmangodfrey.com
    mhatch-miller@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 17th day of August, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

        /s/Harry P. Susman

3814874v1/012915